UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BASHIE LOWENBEIN AND YOSEF LOWENBEIN on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>Defendant. | **Civil Action No.: 12-cv-3354 (WFK)** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Defendant hereby jointly stipulate to the dismissal with prejudice of Plaintiffs' claims against NCO with each side to bear its own fees and costs.

Dated: June__17__, 2013.

| | |
|---|---|
| */s/ Adam J. Fishbein*<br>_____<br>Adam J. Fishbein, Esq.<br>483 Chestnut Drive<br>Cedarhurst, NY 11516<br>Telephone No. (516) 791-4400<br>fishbeinadamj@gmail.com<br>Attorney for Plaintiffs | */s/ Aaron R. Easley*<br>_____<br>Aaron R. Easley, Esq.<br>Sessions Fishman Nathan & Israel, LLC<br>200 Route 31 North, Suite 203<br>Flemington, NJ  08822-5736<br>Telephone No.: (908) 751-5940<br>aeasley@sessions-law.biz<br>Attorneys for Defendant |

SO ORDERED:

_____
U.S.D.J.